Earl W. REDMOND, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61470.

Missouri Court of Appeals, Western District.

April 29, 2003.

Ellen H. Flottman, Assistant State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, co–counsel for respondent.

Before LOWENSTEIN, P.J., SMART and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Following an evidentiary hearing, the appellant, Earl Redmond's, motion for relief under Rule 29.15 was denied. The appellant had been convicted and sentenced as a prior and persistent offender, to concurrent terms of twenty-five years on two counts of first-degree robbery. In his claim for post conviction relief, appellant asserts ineffective assistance of counsel for failure to object when the jury was allowed to see a gun, which was not connected to the crime. Affirmed. Rule 84.16(b).